UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


JASON JAMAAL JACKSON,

    Petitioner,

v.                                     Case No. 3:05-cv-702-J-12HTS
                                              3:04-cr-113-J-12HTS
UNITED STATES OF AMERICA,

    Respondent.
_____

**O R D E R**

This cause is before the Court on the Order (Doc. #15; Referral Order) in case 3:05-cv-702-J-12HTS referring to the undersigned "Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Civ. Doc.1, Crim Doc.44) as amended and supplemented . . . for appointment of counsel for the Petitioner, an evidentiary hearing, and the preparation of a Report and Recommendation[.]" Referral Order at 2.

In furtherance of the Referral Order, Gerald S. Bettman, Esquire, is hereby appointed to represent Petitioner. A telephonic status hearing is set for March 22, 2006, at 2:15 p.m. Counsel shall attempt to arrange for Mr. Jackson to participate at that hearing, if consistent with the policies of the institution housing

him.  An evidentiary hearing is scheduled for April 13, 2006, at 9:30 a.m.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of March, 2006.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. Attorney (Corsmeier)
Gerald S. Bettman, Esquire
Wade Martin Rolle, Esquire
Petitioner
U.S. Marshal