**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JASON JAMAAL JACKSON,

       Petitioner,

v.                                            Case No. 3:05-cv-702-J-12HTS
                                                               3:04-cr-113-J-12HTS

UNITED STATES OF AMERICA,

       Respondent.
_____

**O R D E R**

This cause came on to be heard this date for a status hearing. During the course of the hearing, Petitioner was placed under oath and his indigency confirmed. Additionally, comments by his counsel were construed as a motion to file an amended petition pursuant to 28 U.S.C. § 2255. The Court granted the motion, which was unopposed by the United States. Accordingly, counsel for Petitioner has up to and including April 5, 2006, within which to file, with Petitioner's approval, the amended petition. The amended document is to be self-contained and in all respects take the place of the current petition as supplemented. The government has up to and including April 24, 2006, within which to respond to the amended petition.

As a result of Petitioner's desire to amend the petition, the evidentiary hearing has been rescheduled for May 11, 2006, at 9:15 a.m., and a further status hearing has been scheduled for May 1, 2006, at 2:15 p.m.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of March, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. Attorney (Corsmeier)
Gerald S. Bettman, Esquire
Petitioner
U.S. Marshal