UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON JAMAAL JACKSON,

Petitioner,

vs.                                          Case No.3:04-cr-113-J-12HTS
                                             3:05-cv-702-J-12HTS

UNITED STATES OF AMERICA,

Respondent.

# ORDER

This cause is before the Court on the Report and Recommendation (Civ. Doc. 25) of the United States Magistrate Judge, filed August 15, 2006, recommending to the Court that the Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Civ. Doc. 20) be denied. As of the date of this Order, no objections have been filed to the Report and Recommendation.

The Court has reviewed the matter and finds for the reasons set forth in the Report and Recommendation (Civ. Doc. 25) that Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Civ. Doc. 20) should be denied. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Civ. Doc. 25); and

2.    That Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Civ. Doc. 20) be denied and the Clerk shall enter judgment, close the case, and terminate all pending matters.

DONE AND ORDERED this 13TH day of September 2006.

*Howell W. Melton*
Howell W. Melton
Senior United States District Judge

Copies to:

Hon. Howard T. Snyder
United States Magistrate Judge

Counsel of Record