UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON JAMAAL JACKSON,

    Petitioner,

vs.                                         Case No.3:04-cr-113-J-12HTS
                                                  3:05-cv-702-J-12HTS

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This cause is before the Court on the Petitioner's Notice of Appeal (Civ. Doc.28), filed September 22, 2006, which the Court construes as a request for a Certificate of Appealability (Civ. Doc.29).

The Petitioner seeks to appeal the Court's Order (Civ. Doc.26) filed September 13, 2006, adopting the Report and Recommendation of the United States Magistrate Judge (Civ. Doc. 25) and denying Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Civ. Doc. 20). The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc.26), adopting the Report and Recommendation of the United States Magistrate Judge (Civ. Doc. 25). As a result, the Petitioner's request for a Certificate of Appealability must be denied. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Petitioner's request for Certificate of Appealability (Civ. Docs. 28 and 29) is denied.

**DONE AND ORDERED** this __4TH.__ day of October 2006.

_Howell W. Melton_
Howell W. Melton
Senior United States District Judge

Copies to:  Petitioner
            AUSA