UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JASON JAMAAL JACKSON,**

      Petitioner,

      vs.                           Case No.3:04-cr-113-J-12HTS
                                        3:05-cv-702-J-12HTS

**UNITED STATES OF AMERICA,**

      Respondent.

---

## O R D E R

      This cause is before the Court on the Petitioner's Notice of Appeal (Civ. Doc.43), filed July 25, 2007, which the Court construes as a request for a Certificate of Appealability (Civ. Doc. 44).

      The Petitioner seeks to appeal the Court's Order (Civ. Doc. 42) filed May 24, 2007, denying Petitioner's Motion for Relief from Judgment (Civ. Doc. 33). The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc. 42). As a result, the Petitioner's request for a Certificate of Appealability must be denied. Accordingly, it is

      **ORDERED AND ADJUDGED:**

      That the Petitioner's request for Certificate of Appealability (Civ. Docs. 43 and 44) is denied.

**DONE AND ORDERED** this ___27 TH___ day of July 2007.


Howell W. Melton
Senior United States District Judge


Copies to:   Petitioner
             AUSA

2